# ELECTRONIC RECORD

COA #   12-13-00343-CR          OFFENSE: 3

STYLE:  Richard Earl Hartsfield v. The State
        of Texas                      COUNTY:  Smith

COA DISPOSITION:   AFFIRMED       TRIAL COURT:  241st District Court

DATE: 12/3/2014        Publish: NO   TC CASE #:   241-1150-13

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Richard Earl Hartsfield v. The State
        of Texas                      CCA #:   1679-14

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE:   _____

_____REFUSED_____              JUDGE:   _____

DATE: 04/01/2015                 SIGNED: _____    PC: _____

JUDGE: Per Curiam                PUBLISH: _____   DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**